No. 397. TOFT *v.* KETCHUM. Supreme Court of New Jersey. Motion for leave to file brief of New Jersey State Bar Association, as *amicus curiae,* granted. Certiorari

888

denied. *Peyton Ford* and *Alan Y. Cole* for petitioner. *Harry Green, Lionel P. Kristeller, Emma E. Dillon, Peyton Ford* and *Alan Y. Cole* for the New Jersey State Bar Association, in support of the petition.